# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

_____

MELISSA GORMAN,

                         Plaintiff,

      v.

SAINT-GOBAIN PERFORMANCE PLASTICS
CORP., HONEYWELL INTERNATIONAL
INC. f/k/a ALLIED-SIGNAL INC. and/or
ALLIEDSIGNAL LAMINATE SYSTEMS,
INC., E.I. DUPONT DE NEMOURS AND
COMPANY and 3M CO.,

                       Defendants.

_____

Civ. No.: 1:19-cv-00200-MAD-DJS

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE
AS AGAINST SAINT-GOBAIN
PERFORMANCE PLASTICS CORP.**

Plaintiff, Melissa Gorman, by and through undersigned counsel, hereby submits this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff has resolved her remaining claims against Defendant Saint-Gobain Performance Plastics Corp. and thereby respectfully requests that the Court enter an Order dismissing the above-captioned matter, with prejudice, as against Saint-Gobain Performance Plastics Corp., with each party bearing that party's own attorney's fees and costs.

Dated: March 31, 2026
       Rochester, New York

**FARACI LANGE, LLP**

_/s/ Stephen G. Schwarz_
Stephen G. Schwarz
Hadley E. Lundback
1882 South Winton Road, Suite 1
Rochester, New York 14618
Telephone:  (585) 325-5150
Facsimile:   (585) 325-3285
sschwarz@faraci.com
hadley@faraci.com

_Attorneys for Plaintiff_

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: _____March 31, 2026_____
     Albany, NY

1